# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:07-MJ-13

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **OWEN RANDALL PHEASANT,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

THIS CAUSE coming on before the court, pursuant to a Motion to Continue the Preliminary and Detention Hearings (#5) filed by defendant's counsel requesting a continuance of the preliminary hearing and the detention hearing in the above entitled matter from September 25, 2007 to a date after September 26, 2007, and it appearing to the court that good cause has been shown for the granting of the continuance and that the Government has no objection and the defendant has no objection. As a result, the undersigned has determined to enter an order continuing the matter.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Continue the Preliminary and Detention Hearings (#5) of the defendant in the above entitled matter be **ALLOWED** and will be continued until September 27, 2007.

Signed: September 27, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge